ACCEPTED
01-15-00230-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
3/13/2015 9:17:31 AM
CHRISTOPHER PRINE
CLERK



**HOUSTON I AUSTIN**

March 13, 2015

DIRECT DIAL 713.850.4217
RPLESSALA@andrewsmyers.com

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

3/13/2015 9:17:31 AM

CHRISTOPHER A. PRINE
Clerk

**Via E-Filing**
Christopher A. Prine
Clerk of the Court
Court of Appeals – First District
301 Fannin Street
Houston, TX 77002

Re:   *George Davis, M.D., Anteneh Roba, M.D., Levon Vartanian, M.D., Woodrow Dolino, M.D., Northwest Houston Emergency Specialist Group, PLLC, ESG MD PLLC, and ESG MLP, PLLC vs. Alan Bentz, M.D.*

------------------------------------------------------------------------

Court of Appeals Number:  01-15-00230-CV
Trial Court Case Number:  2012-44569

Dear Mr. Prine:

Please accept this electronic payment in the amount of $195.00 as the required filing fee to prosecute the above-referenced appeal.

If you have any questions or need anything further, please let me know.

Very truly yours,

Robert A. Plessala

RAP/bhl

4820-1449-2962
3844.1

**Andrews Myers** • Attorneys at Law
3900 Essex Lane, Suite 800 • Houston, Texas 77027-5198
T 713.850.4200  F 713.850.4211 • andrewsmyers.com